FILED

04/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0427

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0427

_____

RISE MAY COOLEY,

    Co-Petitioner and Appellee,

       vs.                                O R D E R

HARVEY LYNN COOLEY,

    Co-Petitioner and Appellant.

_____

On August 27, 2020, counsel for Appellant Harvey Lynn Cooley filed a Notice of Appeal in this matter. In that Notice, counsel asserted that transcripts had been ordered in accordance with M. R. App. P. 8(3). On September 30, 2020, this Court received notice that the District Court had given the court reporter until November 25, 2020, to file transcripts.

On November 16, 2020, counsel for Appellant notified the Court that mediation had been delayed due to illness.

On January 15, 2021, having received no transcripts, no requests for extension of time, and no notice of completion of mediation, this Court ordered Appellant to file a report on the status of this appeal no later than February 1, 2021.

On February 8, 2021, Appellant, via counsel, filed a status report indicating the parties had not yet completed mediation due to difficulties arising out of the COVID-19 pandemic. Counsel did not provide a timeline for the mediation process nor did counsel advise the Court as to the status of the transcripts. Nothing further has been filed in this case.

IT IS THEREFORE ORDERED that, on or before May 1, 2021, counsel shall file a report on the status of this appeal that advises the Court as to the dates by which counsel anticipates the Court will receive the transcripts and the mediator's report. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties and to court reporter Kathy Hilton.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 5 2021